MARY T. MYERS, Respondent, *v.* AMHERST CONSTRUCTION COMPANY, Appellant.

(Submitted March 28, 1930; decided April 11, 1930.)

*James I. Cuff, Harold V. Angevine* and *Grattan B. Shults* for appellant.

*Helen P. McCormick* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts, on the ground that there is no evidence of defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.